**Tyrone T. MCRAE, Plaintiff–Appellant,**

v.

**James Todd SMITH, Charles Fisher,
and Najee, Inc., Defendants,**

**and**

**Fubu GTFM, Inc. and J. Alexander
Martin, Defendants–Appellees.**

**No. 05–1362.**

United States Court of Appeals,
Federal Circuit.

May 17, 2005.

*ORDER*

PROST, Circuit Judge.

We consider whether Tyrone T.
McRae's appeal should be transferred to
the United States Court of Appeals for the
Third Circuit.

It appears that McRae's case before the
United States District Court for the Dis-
trict of New Jersey, 03–CV–05382, was a
trademark case. This court's jurisdiction
lies, inter alia, with cases arising under the
patent laws. 28 USC § 1295(a)(1). Fur-
ther, we have been informed that the ap-
peal was also directed to the Third Circuit
and it has been docketed in that court.

Nonetheless, in an abundance of caution we transfer.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The appeal is transferred to the Third Circuit pursuant to 28 USC § 1631.

(2) Each side shall bear its own costs.